UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREL STANFIELD, | No. 1:14-cv-01389-KJM-BAM |
| Plaintiff, | |
| v. | ORDER |
| CITY OF FRESNO and JERRY DYER, | |
| Defendants, | |

This court, consistent with Local Rule 240(a), requires "parties to the action . . . to appear in person at the [s]tatus [c]onference through lead counsel . . . ." (Order at 1, ECF No. 9.) The court held an initial status conference on January 8, 2015. (ECF No. 14.) Counsel for plaintiff did not appear at the conference and, as of the date of this order, has not provided the court with any reason for the nonappearance.

Accordingly, counsel for plaintiff is hereby ORDERED, within seven (7) days of entry of this order, to show cause why it should not be sanctioned in the amount of $250.00 for failing to appear.

IT IS SO ORDERED.

DATED: January 11, 2015.

UNITED STATES DISTRICT JUDGE