UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREL STANFIELD, | No. 1:14-cv-01389-KES-BAM |
| Plaintiff, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY COURT ORDERS |
| v. | |
| CITY OF FRESNO, et al., | (Doc. 40) |
| Defendants. | ORDER TO SHOW CAUSE WHY THE STAY SHOULD NOT BE LIFTED |

On June 16, 2015, the Court stayed this action pending the completion of Plaintiff Jerel Stanfield's criminal trial. Docs. 19, 20. On May 6, 2019, the Court directed the parties to file a joint status report on or before September 25, 2019, and thereafter to file an updated joint status report every ninety (90) days. Doc. 40. The parties proceeded to file several joint status reports; however, a review of the docket indicates that the parties have failed to file a status report since November 18, 2022. It has now been well over one year since the last status report was filed.

Accordingly, **the parties are hereby ordered to show cause in writing within seven (7) days from the date of service of this order why sanctions should not be imposed for failure to obey the Court's minute order issued on May 6, 2019.** This portion of the order to show cause will be satisfied by the parties filing of a joint status report.

**The parties are also ordered to show cause in writing within seven (7) days from the date of service of this order why the stay should not be lifted in this action.**

IT IS SO ORDERED.

Dated:   April 3, 2024

_____
UNITED STATES DISTRICT JUDGE

2