UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREL STANFIELD, | Case No. 1:14-cv-01389-KES-FJS |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| v. | Date:  July 7, 2026 |
| CITY OF FRESNO, ET AL., | Time:  9:30 a.m. |
| Defendants. | |

On May 27, 2026, District Judge Kirk E. Sheriff ordered a lift of the stay in this matter. (ECF No. 77.) Accordingly, the undersigned was instructed to set a status conference regarding pre-trial case scheduling. (*Id.*)

It is HEREBY ORDERED as follows:

1. A status conference is set for July 7, 2026, at 9:30 a.m. before the undersigned in Courtroom 8 (FJS);

2. No later than seven (7) days prior to the status conference, the parties shall file a report including a brief recitation of the facts, procedural history of the case, the parties' position, and the status of the case.

The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **May 28, 2026**

_____
UNITED STATES MAGISTRATE JUDGE