UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREL STANFIELD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　Defendants. | Case No.  1:14-cv-01389-KES-FJS<br><br>ORDER GRANTING SUBSTITUTION OF ATTORNEY<br><br>(ECF Nos. 81; 82) |

On June 11, 2026, Defendant City of Fresno and Jerry Dyer filed separate substitution of attorney forms, each substituting attorney Mildred K. O'Linn of Manning & Kass Ellrod Ramirez Trestor, LLP., in place of Bruce D. Praet of Ferguson, Praet, and Sherman. (ECF Nos. 81, 82.) Accordingly, pursuant to Local Rule 182(g) of the Court and for good cause appearing, IT IS HEREBY ORDERED Mildred K. O'Linn is substituted as attorney of record for Defendant City of Fresno and Jerry Dyer the Clerk of Court is directed to terminate attorney Bruce D. Praet as counsel of record in the above-captioned matter.

IT IS SO ORDERED.

Dated:   **June 24, 2026**　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE