UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREL STANFIELD,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF FRESNO, et al.,<br><br>Defendants. | Case No.  1:14-cv-01389-KES-FJS<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

On May 27, 2026, the court ordered that the stay in this action be lifted. (ECF No. 77.) On June 24, 2026, the court granted defense counsel's request for substitution of attorney. (ECF No. 83.) Based on the joint status report of the parties (ECF No. 84), the SCHEDULING CONFERENCE currently set for July 7, 2026, is continued to August 11, 2026, at 9:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. The parties shall file a joint scheduling report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **June 30, 2026**

_____
UNITED STATES MAGISTRATE JUDGE